```
                                                                    FILED
                   CLERK US DISTRICT COURT
                   NORTHERN DIST. OF TX                        JAN 16 2020
                          FILED
                                                         CLERK, U.S. DISTRICT COURT
                     2020 JAN 16 PM 4:30                 WESTERN DISTRICT OF TEXAS
                                                         BY_____
                                                                       DEPUTY CLERK
```

| | | Case Number (Trans. Court) |
|---|---|---|
| Transfer of Jurisdiction | DEPUTY CLERK | 5:14-CR-020-H(09) |
| | | Case Number (Rec. Court) |
| | | 7:20-CR-00020-DC |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| ISRAEL VELASCO | Northern District of Texas | Lubbock Division |

| Name of Sentencing Judge |
|---|
| Senior U.S. District Judge Sam R. Cummings (Case reassigned to U.S. District Judge James Wesley Hendrix on August 9, 2019.) |

| Dates Of Probation/ Supervised Release | From July 19, 2019 | To July 18, 2022 |
|---|---|---|

**Offense**

Conspiracy to Distribute and Possess With Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine and Aiding and Abetting, 21 U.S.C. § 846 [21 U.S.C. § 841(a)(1) & (b)(1)(C)]

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The Northern District of Texas, Lubbock Division

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Western District of Texas, Midland Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/12/2019
Date

_____
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The Western District of Texas, Midland Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/15/20
Effective Date

_____
U.S. District Judge

Prob22 (Revised 12/12/14)                                              Page 1 of 1